IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WALTER MARTINEZ,**
    Petitioner,

v.                                      Case No.: 3:08cv562/RV/MD

**KENNETH S. TUCKER,**
    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 27, 2012. (Doc. 59). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Sec6tion 636(b)(1). I have made a *de novo* determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in *State of Florida v. Martinez*, in the Circuit Court of Escambia County, Florida, case number 98-688 is DENIED and the clerk is directed to close the file.

    4.    Certificate of appealability is DENIED.

**DONE AND ORDERED** this 20th day of April, 2012.

                                                    s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**